```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN NATHANIEL JOHNSON,

                 Plaintiff,

-against-                         1:23-cv-2444 (MKV)

CAMERON GILES, ASYLUM RECORDS       SCHEDULING ORDER
LLC, DIPLOMATIC MAN, INC., and KILLA
CAM MUSIC,

                 Defendants.

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from Plaintiff, indicating that he intended to amend the complaint. Accordingly, the motion to dismiss pending at ECF No. 35 is DENIED without prejudice as moot. The Court is also in receipt of Plaintiff's First Amended Complaint. [ECF No. 39.] The Court notes that **this will be Plaintiff's last opportunity to amend in response to any issue raised in the Defendant's motion to dismiss.**

      Defendants shall respond to the First Amended Complaint within 14 days. If Defendants respond with a motion to dismiss, further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b). Even in the event that Defendants intend to rely on their original motion to dismiss, Defendants are directed to refile that motion to dismiss.

      Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

      The Clerk of Court respectfully is requested to terminate ECF Nos. 35 and 38.

**SO ORDERED.**

Date: October 23, 2023                              **MARY KAY VYSKOCIL**
      New York, NY                                   **United States District Judge**